**B.L.F., Petitioner**

v.

**D.J.F., Respondent**

**No. 489 EAL 2017**

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kennith C. MONROE, Petitioner**

**No. 385 EAL 2017**

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Juail THOMAS, Petitioner**

**No. 400 EAL 2017**

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David BROWN, Petitioner**

**No. 302 EAL 2017**

Supreme Court of Pennsylvania.

December 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

